UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



IRIS COVINGTON

VERSUS

SID GAUTREAUX, SHERIFF,
EAST BATON ROUGE PARISH

CIVIL ACTION

NO.  06-812-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 27, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for summary judgment filed by defendant Sid Gautreaux, Sheriff of East Baton Rouge Parish is denied.

Baton Rouge, Louisiana, May 29, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA